**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Dailey Law Firm PC |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 26-3408199 |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  63 Kercheval Ave. Ste 215  Grosse Pointe, MI 48236  Number, Street, City, State & ZIP Code   Wayne  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code   **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | http://www.daileylawyers.com | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

| Debtor | Dailey Law Firm PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | Dailey Law Firm PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

| Debtor | Dailey Law Firm PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Dailey Law Firm PC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 6, 2023
MM / DD / YYYY

**X** /s/ Brian Dailey                                  Brian Dailey
Signature of authorized representative of debtor         Printed name

Title  President

**18. Signature of attorney**

**X** /s/ Scott M. Kwiatkowski                          Date  July 6, 2023
Signature of attorney for debtor                               MM / DD / YYYY

Scott M. Kwiatkowski P-67871 scot@bk-lawyer.net
Printed name

Goldstein Bershad & Fried PC
Firm name

4000 Town Center
Suite 1200
Southfield, MI 48075
Number, Street, City, State & ZIP Code

Contact phone  248-355-5300        Email address

P-67871 MI
Bar number and State

In re  Dailey Law Firm PC                             Case No.
                                    Debtor(s)         Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brian Dailey<br>63 Kercheval Ave Ste 215<br>Auburn Hills, MI 48326 | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 6, 2023                                Signature  /s/ Brian Dailey
                                                             Brian Dailey

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AT&T
One AT&T Way, Room 3A 104
Bedminster, NJ 07921


Azzo Law, PLLC
Lauren M. Azzo, Esq.
500 S. Old Woodward, 2nd Floor
Birmingham, MI 48009


Blue Cross Blue Shield of Michigan
232 S. Capitol Ave. - MCA L08A
Lansing, MI 48933-1504


Blue Cross Blue Shield of MIchigan
600 E. Lafayette Blvd.
Detroit, MI 48226


Brocon Recruiting
Attn: Adam Cohen
4611 Hedgewood Dr.
Bloomfield Hills, MI 48301


Copy Man
4620 Dixie Hwy, Ste. B
Waterford, MI 48329


Greenfield Super Market
c/o Dalen, Hanna, Hanna & Jarbo, PLLC
33717 Woodward Ave., Ste. 560
Birmingham, MI 48009


Grove & Associates
36700 Woodward Ave., Ste. 207
Bloomfield Hills, MI 48304


Hanson Renaissance Court Reporting
2111 Woodward Ave., Ste. 1105
Detroit, MI 48201


Honigman
2290 First National Building
660 Woodward Ave.
Detroit, MI 48226

```
ILH, LLC
c/o David, Wierenga & Lauka
99 Monroe Avenue, NW
Ste. 1210
Grand Rapids, MI 49503


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jakowiak Law Offices
111 W. Washington St., Suite 1500
Chicago, IL 60602


Jody Ingram
c/o Robert S. Drazin, Esq.
23855 Northwestern Hwy.
Southfield, MI 48075


Kyle Ruseitti a/k/a Kyle Azzo
c/o Scott S. Yaldo, Esq.
500 S. Old Woodward, 2nd Floor
Birmingham, MI 48009


Lauren M. Sitto
c/o Lauren M. Azzo, Esq.
500 S. Old Woodward, 2nd Floor
Birmingham, MI 48009


Lauren M. Sitto & Associates, PLLC
Lauren M. Azzo, Esq.
500 S. Old Woodward, 2nd Floor
Birmingham, MI 48009


Legal Copy Service
3280 N. Evergreen NE
Grand Rapids, MI 49525


Mark Mayer
123 W. Madison Suite 700
Chicago, IL 60602


Mark Mayer, Esq.
123 W. Madison, Ste. 700
Chicago, IL 60602
```

```
Mayer & Marsh
123 W. Madison, Ste. 700
Chicago, IL 60602


Michigan Department of Attorney General
Cadillac Place, 10th Floor
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202


Michigan Department of Treasury
Collection/Bankruptcy Unit
P O Box 30168
Lansing, MI 48909


Michigan Pain Management
c/o Gary R. Blumberg, Esq.
22016 Ford Road
Dearborn Heights, MI 48127


Motor City Legal Funding
c/o Scott S. Yaldo, Esq.
500 S. Old Woodward, 2nd Floor
Birmingham, MI 48009


On Deck Capital, Inc.
4700 W. Daybreak Pkwy., Suite 200
South Jordan, UT 84009


Outfront Media LLC
c/o Rich & Associates
30665 Northwestter Hwy, #280
Farmington, MI 48334


Preferred Rehabilitation, Inc. and
Spine Sports & Occupational Medicine, PC
c/o Joey S. Niskar, Esq.
P.O. Box 252917
West Bloomfield, MI 48325


Shirley Teatro
c/o John F. Turke, Esq.
1327 Jone Drive, Ste. 105
Ann Arbor, MI 48105
```

Sipes Law Firm, P.C.
151 North Delaware St., Ste. 1130
Indianapolis, IN 46204

Sullivan, Ward, Patton, Bleason & Felty
400 Galleria Officentre, Ste. 500
Southfield, MI 48034

Surgical Capital Management
c/o John Betz, Esq.
175 2nd Street
Belleville, MI 48111

Thomson Reuters Westlaw
610 Opperman Drive
Saint Paul, MN 55123

Thomson Reuters Westlaw
535 Griswald Street, Suite 2340
Buhl Building
Detroit, MI 48226

U.S. Attorney
Attn: Civil Division
Small Business Administration
211 W. Fort Street, Ste. 2001
Detroit, MI 48226

U.S. Small Business Administration
Attn: District Counsel
1819 Patrick V. McNamara Building
477 Michigan Avenue
Detroit, MI 48226-2573

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20350

US Attorney (IRS)
Attn: Civil Division
211 W. Fort Street, #2001
Detroit, MI 48226

```
VHS of Michigan
d/b/a Detroit Medical Center
c/o Andrew Horne, Esq.
28470 W. 13 Mile Rd., Ste. 300
Farmington, MI 48334


William Ingram
c/o Robert S. Drazin, Esq.
23855 Northwestern Hwy.
Southfield, MI 48075
```