**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**(DETROIT)**

In Re:

Dailey Law Firm PC                               Case No. 23-45970-mlo
                                                               Chapter 11
       Debtor.                                Hon. Maria L. Oxholm

_____/

**ORDER RESOLVING STATE COURT APPOINTED RECEIVER'S SUPPLEMENTAL OBJECTIONS TO DEBTOR'S FIRST DAY MOTIONS FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES AND EMPLOYEE BENEFITS AND FOR USE OF CASH COLLATERAL**

This matter having come before the Court on the stipulation of John Polderman ("State Court Appointed Receiver), the Debtor, the United States Trustee and the Subchapter V Trustee by and through their respective counsel regarding certain stipulations of fact, and with the Court being fully advised in the premises;

**NOW THEREFORE;**

**IT IS HEREBY ORDERED** that the Supplemental Objections to Debtor's First Day Motions for Order Authorizing Payment of Prepetition Wages, Salaries and Employee Benefits and for use of Cash Collateral are withdrawn.

**IT IS HEREBY FURTHER ORDERED** that the Debtor agrees to reduce Bryan Dailey's salary ("Salary") to the annualized amount of $170,000, and without prejudice to the State Court Appointed Receiver's right to object to the Salary in the future.

**Signed on August 3, 2023**



                                                   **/s/ Maria L. Oxholm**
                                                   **Maria L. Oxholm**
                                                   **United States Bankruptcy Judge**