UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Dailey Law Firm PC

   Debtor.

_____/

Case No. 23-45970
Chapter 11
Hon. Maria L. Oxholm

## DEBTOR PROFIT AND LOSS
## JULY 27, 2023 TO AUGUST 10, 2023

Respectfully submitted,

GOLDSTEIN, BERSHAD,& FRIED, P.C.

/s/ Scott M. Kwiatkowski
Scott M. Kwiatkowski (P67871)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, Michigan 48075
(248) 355-5300
scott@bk-lawyer

Dated: August 14, 2023

|  | Jul 27 - Aug 10, 23 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Legal Fee Income | |
|       Income - Civil | 42,291.42 |
|       Income - Criminal | 33,250.00 |
|       Refund | 36.00 |
|       Legal Fee Income - Other | 17,000.00 |
|     **Total Legal Fee Income** | 92,577.42 |
|   **Total Income** | 92,577.42 |
|   **Expense** | |
|     Advertising and Promotion | 21,808.34 |
|     Automobile Expense | |
|       Auto - Gas | 102.26 |
|       Auto - Repair and Maintenance | 20.00 |
|     **Total Automobile Expense** | 122.26 |
|     Bank Service Charges | |
|       Merchant Services | 12.33 |
|       Over Draft Fee | 180.00 |
|       Bank Service Charges - Other | 25.00 |
|     **Total Bank Service Charges** | 217.33 |
|     Client Expense | 525.01 |
|     Computer and Internet Expenses | 240.00 |
|     Contract Labor | 3,500.00 |
|     Dues and Subscriptions | 1,452.87 |
|     File Storage and Shredding | 65.00 |
|     Insurance Expense | |
|       Auto Insurance | 1,174.61 |
|       Malpractice | 11,812.34 |
|     **Total Insurance Expense** | 12,986.95 |
|     Internet/Telephone | 804.64 |
|     Meals | 13.49 |
|     Office | |
|       Office Expense | 251.08 |
|     **Total Office** | 251.08 |
|     Payroll Expenses | |
|       CWT Detroit | 2.40 |
|       ER FICA/MED | 2,574.50 |
|       FUTA | 7.38 |
|       SUI - MI | 216.35 |
|     **Total Payroll Expenses** | 2,800.63 |
|     Postage and Delivery | 71.79 |
|     Recruiting | 88.21 |
|     Rent Expense | 6,323.60 |
|     Telephone Expense | 2,362.36 |
|     Wages | |
|       Wages - EE | 25,961.44 |
|       Wages - Officer | 9,244.31 |
|       Wages - Other | 18,379.89 |
|     **Total Wages** | 53,585.64 |
|   **Total Expense** | 107,219.20 |
| **Net Ordinary Income** | -14,641.78 |

# Dailey Law Firm
## Profit & Loss
### July 27 through August 10, 2023

|  | Jul 27 - Aug 10, 23 |
|---|---:|
| **Other Income/Expense** | |
| **Other Expense** | |
| Ask My Accountant | 32.31 |
| **Total Other Expense** | 32.31 |
| **Net Other Income** | -32.31 |
| **Net Income** | -14,674.09 |