UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Dailey Law Firm PC,   Case No. 23-45970-MLO
                      Chapter 7
           Debtor.    Hon. Maria L. Oxholm
_____/

**STIPULATION TO ENTRY OF ORDER FREEZING
ACCOUNTS AND DIRECTING TURNOVER OF FUNDS**

Chapter 7 Trustee Mark H. Shapiro and the Debtor, through counsel, stipulate to entry of the attached Order Freezing Accounts and Directing Turnover of Funds.

| Steinberg Shapiro & Clark | Goldstein Bershad & Fried PC |
|---|---|
| /s/ Tracy M. Clark (P60262) | /s/ with consent Scott M. Kwiatkowski (P67871) |
| Attorney for Trustee | Attorney for Debtor |
| 25925 Telegraph Rd., Suite 203 | 4000 Town Center, Suite 1200 |
| Southfield, MI 48033 | Southfield, MI 48075 |
| (248) 352-4700 | (248) 355-5300 |
| clark@steinbergshapiro.com | scott@bk-lawyer.net |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Dailey Law Firm PC,  Case No. 23-45970-MLO
  Chapter 7
          Debtor.  Hon. Maria L. Oxholm
_____/

## ORDER FREEZING ACCOUNTS AND DIRECTING TURNOVER OF FUNDS

This matter came before the Court on the stipulation of Chapter 7 Trustee Mark H. Shapiro ("Trustee") and counsel for the Debtor. The Court, noting the agreement of the parties and being fully advised in the premises, finds good cause to enter this order.

IT IS ORDERED as follows:

A. All accounts of Daily Law Firm PC, including those identified below, are ordered immediately frozen:

    Huntington DIP account ending in 4870
    Huntington DIP account ending in 5044
    Huntington DIP account ending in 0916
    Huntington IOLTA account ending in 9333
    Huntington IOLTA account ending in 5705
    Huntington business account ending in 9320
    Huntington business account ending in 6167
    Fifth Third IOLTA account ending in 8726
    Fifth Third IOLTA account ending in 2639
    Fifth Third business account ending in 4109
    Fifth Third business account ending in 8536
    US Bank operating account ending in 0263

US Bank IOLTA account ending in 5739

("Accounts").

B. The funds currently on deposit in the Accounts must be turned over to the Trustee Mark H. Shapiro, 25925 Telegraph Rd., Suite 203, Southfield, Michigan 48033, (248)-352-4700.

C. Deposits shall be accepted in the Accounts and must be turned over to the Trustee at his direction.

D. Other than to the Trustee, no disbursements may be made from the Accounts.

E. At the Trustee's direction, the Accounts shall be closed.