UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Dailey Law Firm PC,                       Case No. 23-45970-MLO
                                                                 Chapter 7
                 Debtor.                   Hon. Maria L. Oxholm
_____/

**VERIFIED STATEMENT OF DISINTERESTEDNESS**

I, Mark H. Shapiro, declare:

1.      I am the Chapter 7 Trustee appointed in the above case. It appears that there are assets to be administered in this case.

2.      I am the majority shareholder of Mark H. Shapiro, P.C. Steinberg Shapiro & Clark ("SSC") is a d/b/a of Mark H. Shapiro, P.C.

3.      The hourly attorney fees charged by SSC will range from $325-$400 per hour.[1] No fees may be paid without an order of the court.

4.      To the best of my knowledge, information, and belief, SSC does not hold any interest adverse to the estate, and the firm, as well as its members, are disinterested persons, as defined in 11 U.S.C. § 101(14).

5.      Each of SSC's attorneys was provided an opportunity to review the matrix for this case, and the firm has run the Debtor's name through the firm's

---

[1] Hourly rates are subject to change upon advance notice to the Office of the U.S. Trustee.

database. SSC does not believe that any connections presently exist or recently existed between any SSC attorney and parties in interest (including the Debtor, creditors, and the office of the U.S. Trustee and its employees), nor does SSC believe that any past connections exist (personal or business) that are either related to the bankruptcy case or could reasonably have an effect on the judgment of SSC's attorneys in the case.

    6.    SSC wishes to disclose the following connections:

        a. Prior representation of any creditor/interested party: None

        b. Ownership/stock interest in any creditor/interested party: None

        c. Other: None

    7.    SSC will be acting as the court appointed attorney for Trustee in this matter from the day that services were first performed.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark H. Shapiro (P43134), Trustee
25925 Telegraph Road, Suite 203
Southfield, Michigan 48033
(248) 352-4700
shapiro@steinbergshapiro.com

Date: September 18, 2023