UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Dailey Law Firm, PC,

Debtor.
_____/

Case No. 23-45970-mlo
Chapter 7
Hon: Maria L. Oxholm

## NOTICE OF SUBSTITUTION OF ATTORNEY

Please take notice that **Resnick Law, P.C.,** by undersigned counsel, H. Nathan Resnick, enters its Appearance as attorney for Dailey Law Firm, PC ("Debtor") in place of Scott M. Kwiatkowski with the consent of the Debtor and Scott M. Kwiatkowski.

Resnick Law, P.C.

/s/ H. Nathan Resnick
H. Nathan Resnick (P42424)
Attorneys for Debtor
40900 Woodward Ave., Ste. 111
Bloomfield Hills, MI 48304
(248) 642-6500
Hnresnick@resnicklaw.com

Dated: September 25, 2023

## CONSENT

The undersigned consent to the Substitution of Resnick Law, P.C. as counsel for Debtor.

/s/ Brian Dailey
Dailey Law Firm, P.C.
By: Brian Dailey

/s/ Scott Kwiatkowski
Scott M. Kwiatkowski (P67871)
Goldstein, Bershad & Fried, P.C.
4000 Town Center, Suite 1200
Southfield, MI 48075
(248) 355-5300
scott@bk-lawyer.net