UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Dailey Law Firm P.C.　　　　　　　　　　　　　Case No. 23-45970
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　Debtor.　　　　　　　　　　　　　　　　　　Hon. Maria L Oxholm

---

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. Sec. 158 (c)(2) and Fed. R. Bankr. P. 8002(a)(1), the Debtor, Daily Law Firm, P.C. files this Notice of Appeal of this Court's Order Converting Case to Chapter 7 dated September 14, 2023 attached as Exhibit A.

RESPECTFULLY SUBMITTED:

By: /s/ H. Nathan Resnick
H. Nathan Resnick (P42424)
Attorney for Debtor
Resnick Law, P.C.
40900 Woodward Ave. Suite 111
Bloomfield Hills, MI 48304
248.642.5400
hnresnick@resnicklaw.com

DATED: September 28, 2023

# Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:	Case No. 23-45970-mlo
	Chapter 11 – Subchapter V
**Dailey Law Firm PC**,	Hon. Maria L. Oxholm

Debtor.
_____/

## ORDER CONVERTING CASE TO CHAPTER 7

**THIS MATTER** came before the Court upon the *Motion Under 11 U.S.C. §1112 for an Order Converting Case to Chapter 7, or Dismissing Case* [Docket No. 109] (the "Motion"). The Court entered *an Ex-Parte Order Scheduling Expedited Hearing and Shortening Time for Filing Objections to United States Trustee's Motion to Convert or Dismiss Case Under 11 U.S.C. 1112(b)* [Docket No. 113] (the "Exparte Order"). The Motion and Exparte Order were properly served on all parties entitled to service [Docket No. 114]. The Debtor filed a response [Docket No. 121]. Concurrences were filed by the Internal Revenue Service [Docket No. 120] and by the State Court Appointed Receiver [Docket No. 123].

The Court conducted a hearing to consider the Motion on September 14, 2023. For the reasons stated on the record, the Court finds cause under 11 U.S.C. §1112(b)(4)(B), (E), (H), and (I) to dismiss or convert. The Court also finds, having considered the factors relevant to whether the case should be dismissed or converted, that this case should be converted to one under chapter 7.

**NOW, THEREFORE,**

**IT IS ORDERED** that the case is **CONVERTED** to Chapter 7, and that the Debtor, within 30 days, will file a final report and account including schedules of

23-45970-mlo    Doc 127    Filed 09/14/23    Entered 09/14/23 14:49:56    Page 1 of 2

unpaid debts incurred, and executory contracts or leases and of property acquired, after the commencement of the Chapter 11 cases.

**IT IS FURTHER ORDERED** that within 10 days, the Debtor will file a supplemental matrix of the names and addresses of all creditors who became such only during the pendency of their Chapter 11 cases, if any.

**Signed on September 14, 2023**



/s/ Maria L. Oxholm
Maria L. Oxholm
**United States Bankruptcy Judge**