UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

**Dailey Law Firm PC,**

    Debtor.

Case No. 23-45970-mlo
Chapter 7
Hon. Maria L. Oxholm

_____/

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

The Clerk has brought to the Court's attention the fact that the Counsel for the Debtor has failed to file the Statement of Attorney for Debtor(s) 2016(b) LBR 9010-1c which was due on October 10, 2023.  Accordingly,

**IT IS ORDERED** that the Debtor and their Counsel shall appear on **Thursday, October 19, 2023 at 10:00 a.m. in Room 1875, 211 W. Fort St., Detroit, Michigan** to show cause why the case should not be dismissed.  Consistent with the Notice of Change in Procedure for Judge Maria L. Oxholm filed April 12, 2022, effective immediately and until further notice, Judge Oxholm will conduct all conferences and non−evidentiary hearings by telephone. **At least five minutes before the scheduled time for hearing, counsel and parties should call (877) 336−1831 and use Access Code 6226995**. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

**IT IS FURTHER ORDERED** that if Counsel files the Statement of Attorney for Debtor(s) 2016(b) LBR 9010-1c, this Order to Show Cause will be dissolved and the hearing will be cancelled.

**Signed on October 11, 2023**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**