UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAILEY LAW FIRM PC,       Case No. 23-45970-mlo
    Chapter 7
    Debtor.       Judge Maria L. Oxholm
_____/

## APPEARANCE AND NOTICE

PLEASE TAKE NOTICE that Jody Ingram appears through her counsel Simon, Stella & Zingas, P.C. and, requests, pursuant to Fed.R.Bank.P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following persons at the following address, telephone number, and email address:

    SIMON, STELLA & ZINGAS, P.C.

    BY:   /S/ Stephen P. Stella
    STEPHEN P. STELLA (P33351)
    Counsel for Jody Ingram
    645 Griswold, Ste. 3466
    Detroit, MI 48226
    (313) 962-6400
    attorneystella@sszpc.com

Dated: November 5, 2023

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAILEY LAW FIRM PC,  Case No. 23-45970-mlo
  Chapter 7
    Debtor.  Judge Maria L. Oxholm
_____/

## CERTIFICATE OF SERVICE

I, Antinette Gaty, hereby certify that on November 5, 2023, I electronically filed the following:

APPEARANCE AND NOTICE

with the Clerk of the Court using the ECF and I hereby certify that the Court's ECF System has served all registered users.

|  |  |
|---|---|
| | /S/ Antinette Gaty |
| | ANTINETTE GATY |
| Subscribed and sworn to before me | 645 Griswold, Ste. 3466 |
| this 5th day of November, 2023 | Detroit, MI 48226 |
| | (313) 962-6400 |
| | Secretary to Stephen P. Stella |
| /S/ Stephen P. Stella | attorneystella@sszpc.com |
| Stephen P. Stella, Notary Public | |
| Oakland County, Michigan | |
| My commission expires: 11/18/2023 | |