UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Dailey Law Firm PC,   Case No. 23-45970-MLO
                     Chapter 7
            Debtor.   Hon. Maria L. Oxholm
_____/

# ORDER RESOLVING, IN PART, MOTION FOR ORDER FINDING BRIAN DAILEY AND DAILEY TRIAL LAWYERS, PC IN CONTEMPT AND ASSESSING SANCTIONS (DOCKET #286) AND ADJOURNING HEARING

This matter came before the Court on the Trustee's Motion for Order Finding Brian Dailey and Dailey Trial Lawyers, PC on Contempt and Assessing Sanctions ("Motion"; Docket #286). An expedited hearing was held on February 1, 2024. Based on the parties resolving the Motion and for the reasons stated on record, the Court finds good cause to enter this Order.

IT IS ORDERED as follows:

A. Brian Dailey and Dailey Trial Lawyers, PC will immediately cease all efforts to exercise control over property of the estate and withdraw all motions they have filed to extinguish liens or interests of the bankruptcy estate. Brian Dailey/Dailey Trial Lawyers may submit proposed stipulations for substitution of counsel and any other proposed relief not affecting property of the estate to the Trustee for execution and the Trustee shall forthwith review and advise Brian

Dailey/Dailey Trial Lawyers as to whether he will sign the proposed stipulations. If a stipulation is not acceptable to the Trustee, Brian Dailey/Dailey Trial Lawyers may file a motion for substitution of counsel and will serve the Trustee and counsel for the Trustee with any such motion.

B. The Trustee waives any request for punitive damages in connection with the Motion.

C. Costs are assessed against Brian Dailey and Dailey Trial Lawyers, PC, jointly and severally, for reasonable attorney fees and expenses incurred by Trustee's counsel because of the stay violations alleged in the Motion and for the time spent obtaining this Order. Trustee's counsel will file a supplement to docket #286, for the fees and expenses incurred. To the extent the parties cannot agree on the fees and expenses payable pursuant to the supplement, the Court will determine the amount of fees and expenses at a hearing to be conducted on **February 22, 2024, at 10:00 a.m.**

**Signed on February 1, 2024**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**