UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Dailey Law Firm PC,  Case No. 23-45970-mlo
 Hon. Maria L. Oxholm
Debtor.  Chapter 7

_____/

**CERTIFICATION OF NO RESPONSE**

H. Nathan Resnick on behalf of himself and the law firm of Resnick Law, P.C. ("Resnick") certifies that more than fourteen (14) days has passed since March 14, 2024 when they filed and served upon all interested parties, Motion to Withdraw as Counsel for Brian Dailey and the Dailey Trial Lawyers, PC. No responses or objections have been filed or served. Accordingly, Resnick requests that the Court enter the proposed Order submitted herewith.

Respectfully submitted,

RESNICK LAW, P.C.
/s/ H. Nathan Resnick
H. Nathan Resnick (P42424)
Attorneys for Resnick Law, PC and H. Nathan Resnick
40900 Woodward Ave. Suite 111
Bloomfield Hills, MI 48304
(248) 642-5400
hnresnick@resnicklaw.com

Dated: April 12, 2024